MARK GOLDROSEN, CSBN 101731
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: (415) 565-9600
Facsimile: (415) 565-9601

Attorney for Defendant
THOMAS ELLIOT

**FILED**

SEP 0 3 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS ELLIOTT, <br><br> Defendant. | NO. CR-14-00285-6 JST <br><br> [PROPOSED ORDER] RESOLVING MOTION FOR RETURN OF PROPERTY (DOC. 95) AND VACATING COURT DATE |

Based on the stipulation of the parties, it is hereby ORDERED:

1. The government will return the HP laptop computer, the MacBook Pro Computer, and the Western Digital Hard Drive to the defendant.

2. The government will retain the Samsung Cellular telephone, the LG cellular telephone, and the Tracfone, to be used as evidence in this case.

3. The defendant's motion for return of property (Doc. 95) is withdrawn.

4. The hearing on the motion for return of property, scheduled for September 5, 2014, at 9:30 a.m., is vacated.

DATED: September 3, 2014

JON S. TIGAR
United States District Judge